Case 1:19-cv-00448-JAO-KJM  Document 5  Filed 09/05/19  Page 1 of 7  PageID #: 21

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 05 2019
at 11 o'clock and 23 min. AM
SUE BEITIA, CLERK

Received By Mail
Date 9/5/19

Chris Grindling
49 Maoi Place
Kahului HI 96732

cc: JAO
copy mailed to Plaintiff 9/6/19

In the U.S. District Court of Hawaii

Chris Grindling ) CV 19-00448 JAO/KJM
Plaintiff )
v. ) First Amended
Lance Marks ) Complaint
Randy Esperanza )
County of Maui )
Defendants )

This civil action for damages alleging denied due process, false imprisonment, conspiracy, negligent infliction of emotional distress, failure to supervise. This court has jurisdiction under 42 USC 1983, 1331, 1343 and 28 USC 1367

Parties
Lance Marks Police officer of Maui County on duty at all times complained
Rand Esperanza Police officer Maui County on duty at all times complained
County of Maui municipality of the State of Hawaii

Facts
In 2006 Defendants lied in an affidavit to search averring informant Eddie Flores could buy drugs from Plaintiff at any time. Apree Flores did not know where I lived or my phone number

according the prosecutors Laurie never called my phone this is a lie

officers took her to my house where she was unable to obtain any drugs it took 5 months to place drugs into evidence

Police officers cell phone records prove Laurie Flores is the informant those record were ordered preserved 7 years ago and ordered to be turned over by Judge Cardoza

When executing the warrant Police officers Marks and Esperanza found drugs and drug paraphernalia in Cheyanne Gomes purse with her ID the police officers took the gram found in a blue bag broke it down into 3 green bags put Ice into the pipe and Burned it to make it look like it was smoked in they broke it down into multiple bags to make it look like dealing was taken place They then planted the Burnt pipe and the 3 green bags one Blue on in Plaintiff Bedroom

Cheyanne Gomes came to the trial as a named witness under subpoena to tell the jury the Drugs and paraphernalia was hers and found in her purse Judge refused to let her testify at trial

57. the court did not give petitioner any warnings of technical rules or substantive proceedure in appealant court

## THREE MISSCARRIAGE OF JUSTICE ACTUAL INNOCENSE

### H. PROSECUTOR WITHELD EVIDENCE THAT THE DRUG BUY DID NOT OCCUR

58. petitioner was charged with meth trafficking exibit 19 is the affidavit to search based on drug deals paragraph 1 to 5 are the averments of officers training

59. all other paragraphs contain false averments paragraph 6 avers other officer are investigating petitioner but when these were requested for discovery the state said there was no others

60. paragraph 7 and 8 avers informant may be harmed if his identity is made known there is not a single example of this ever occuring on maui dozens are known like jo-an castillo and john jarneski

61. paragraph 9 avers petitioner is known as christopher no one calls me that how can petitioner be known as christopher it is further avered that ci can purchase drugs at any time that is impossible tr.8-5 page 119 states witness testifies that petitioner would not come home for days

62. paragraph 10 avers officer marks assisted this is not ever stated by officer marks in anyway no reports were generated tr.8-5 page 50 OR TESTIMONY GIVEN

63. paragraph 11 avers ci has contact with grindling yet this is not possible grindling doesnt come out of house nor does ci go in there is also an averment that ci is given money to conduct buy there is no signing out of log for money to do this

64. paragraph 12 avers petitioner will be driving a cadillac this is impossible because the car was broken for months  tr.8-5 page 167

65. paragraph 13 avers that surveilance is done yet no photographs are taken nor is there any averments that any officer ever sees petitioner PRIOR TO RAID

66. paragraph 14 avers maroon truck seen leaving residence no mention of who is driving it owner testified that others drove that truck tr.8-5 page 166

67. paragraph 15 avers ci hands drugs from buy to officers no report is generated for 4 months and there is no signed chain of custody the drugs took 9 months to be found

68. paragraph 16 avers ci said christopher was driving the truck this is not cooberated by any officer who was doing surveilance

69. paragraph 17 again avers ice can be bought at any time this is impossible because petitioner would not come home for days

70. paragraph 18 avers positive drug test this has never been verified though was ordered TO DO SO

11

71. paragraph 20 avers heavy traffic at this residence yet states witnesses all testified no heavy traffic there is also an averment that petitioner is seen selling drugs in blue baggies yet the nex day at the raid there is hundreds of green baggies

72. paragraph 22 avers petitioner has prior narcotics arrest and conviction one look at rap sheet this is proven to be false

## I PROSECUTOR WITHELD EVIDENCE THAT DRUGS WERE PLANTED IN ROOM

73. cheyanne told police she was using and possessing drugs in that room prior to the raid she was arrested yet her drugs never appear in the record

74. tr.8-4 page 60 the prosecutor and officer esperanza state that drugs were found in the truck on the floor this drugs is not in the record EITHER

75. cheyanne purse was on the floor in the truck it had the pipe and dope in it with her id its why she was arrested not for empty unused baggies its not a crime tr.8-4 page 198 and 173 and 174 this pipe and dope was thrown in room By Poor

76. tr. 8-4 page 20 officers marks and esperanza searched the truck and officer pursley after searching upstairs went downstairs to assist in searching the room tr.8-5 page 39

77. the drugs were in plain veiw yet no officer noticed it tr.8-5 page 78 and 79 yet are trained to do so the other officers in room prior to pursley acted like it was not there

78. tr. 8-5 page 40 officer marks testified he took photographs those photograhs show bed up and down the photographs also look like the drugs were thrown on the ground hardly the manner a drug adict would keep thier drugs

79. tr. 8-4 page 164 and tr.8-5 page 42 officers marks and esperanza testify they lifted up the bed consistent with the photographs they took

80. tr.8-5 page 81 officer pursley testified the bed was already flipped up prior to him finding the drugs the only way that is possible is that photographs were taken prior to the drugs being found by officer pursley

81. also consistent with this conclusion officer pursley testified that he did not see anyone take any pictures tr.8-5 page 81

82. also consistant with the pictures being taken prior to be found officer pursley testified that the cloths was already laid out like in the photographs tr. 8-5 page 90

83. further consistency officer marks testified he laid out the cloths to take the pictures tr.8-5 page 44 and 47

84. tr.8-5 page 93 officer pursley reiterates that the cloths was already laid out prior to him entering

In July of 2016 the Conviction was overturned I was granted bail then in August of 2019 the Prosecutors Declined to Prosecute and Judge Cowill dismissed all counts against me the two year Statute of limitation started to run on the date of the case being dismissed any time prior to that no violations could have occured until ~~tomorrow~~ all counts are dismissed with prejudice the defendant lied in affidavits committed perjury at trial planted the drugs in my Bedroom to obtain the false Conviction Judges and Prosecutors Conspired with defendants to frame me Judge Refused to allow Cheyanne Gomes to testify and tell the Jury the Drugs were in her Purse not in my bedroom the Judge Ruled she was not subpeoned by Defense only named as a witness by defense Cheyanne was Present at trial this judicial conspiracy with Prosecutor lies to jury at closing officers perjury during trial planting drugs in my Bed Room false averments in affidavit cause false imprisonment for crimes that no conviction was able to obtain

rights they wont answer nor will they let me go months after my release the police fabricate a drug buy then plant drugs officer esperanza avers a controlled drug buy to obtain a warrant to search there is no money signed out for to conduct buy no drugs in evidence from buy no photos of survielance of the buy no recordings of any calls setting up the drug buy not an iota of evidence to support claim and there is evidence the drug buy was fabricated one look at my cell phone records and compare to officer esperanza cell phone records you will see no matching number the confidential informants number should be on my cell phone record and also the officers when the warrant was exacuted no drugs or evidence is found on or around me a used ice pipe with ice in a bag is found in a girls purse along with her i.d. she admits its her and a dna test of the used pipe would confirm this the pipe and dope was taken and planted in a bedroom i used officer pursley after searching the upstairs of the house went downstairs to assist other officers searching my bedroom he sees the pipe and dope in plain view other officers just ignoring it he also notices that the bed is flipped up this is very important because the officer who recovers the pipe and dope and took the pictures said he flipped up the bed and the pictures show the bed up and down the only possible way for this to be is the photos were taken prior to the drugs being found this is supported by officer pursley further testimony that he did not see anyone take any pictures in my prosicution i was not allowed to testify or present evidence in defence i was denied a speedy trial and counsel on appeal the prosecutor then lied to the jury repeatedly about evidence that did not exist no one seen me use or posses drugs no one even seen me in the bedroom prior to the raid although he had the police reports and the girls admition that the pipe and dope was hers the prosecutor repeatedly told the jury there was no evidence any else possesed that pipe and dope and all the evidence point to me there was also numerous violations to my rights and as if by dejavu every judge in every court has railroaded and framed me i have no doubt this will happen again and there is no way to defend myself when its judges frameing me unless i can get a jury to veiw the evidence but the law doesnt allow that unless i over turn the case first which wont happen because im being framed by the judges spp. no 12-1-0007 the evidence of my innocence has been submitted to court room 3 which is same court it all began in 14 years ago my son is grown i am old all i want is to clear my name and change the laws to prevent the judges from doing this to others they use summary disposition orders and unpublished opinions to frame people court rules and statutes allow the courts to not rule on post conviction evidence

Esperaza Perjury on the stand included a confession that did not occur 8-4 Pg 47 Cheyanne had nothing to do with the drugs testify Plaintiff stated drugs were not hers, my statement was I didnt see her with any drugs Cheyanne was arrested at the raid for the possession of those drugs Plaintiff lost his father grandmother numerous family members Plaintiff was in solitary confinement tortured starved beaten Plaintiff spent 9 years in prison without being convicted and 3 more years on bail being subjected to strip searches Drug testing etc Plaintiff is Entitled to a million dollars

I Declare under Penalty of Perjury the for going is true

8-29-19
Date

Chaos Grindley